*(Revised 3/00)*                     CLERK'S COURTROOM MINUTE SHEET

CASE NO.  **06-20162-01-KHV**

CAPTION:                                              APPEARANCES:

**UNITED STATES OF AMERICA**                          **Terra D. Morehead**

                    VS.

                                                      **Forrest A. Lowry**

**KEVIN TOMMIE HALL**


Judge: VRATIL          Clerk: South          Reporter: Hallberg          Location: Kansas City

---

Date:  **February 26, 2007**

Type of Proceeding: **Hearing on Motion.**


#30 - Pro Se Motion for emergency injunction and/or stay - overruled as premature.

Oral motion of defendant to allow for defendant to view discovery - denied.

Trial set April 17, 2007 at 9:30 a.m.